UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY L. ROBINSON,

    Plaintiff,

v.                            CASE NO. 6:09-cv-815-Orl-35DAB

JUDGE WILLIAM STONE, et al.,

    Defendants.

## ORDER

After examination of the Complaint, it appears that this action should have been filed in the United States District Court, Northern District of Florida, Penscaola Division. Accordingly, pursuant to 28 U.S.C. § 1406(a), it is now

**ADJUDGED**:

That this case shall be **transferred** to the United States District Court, Northern District of Florida, Penscaola Division.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 26th day of May 2009.

                                            MARY S. SCRIVEN
                                            UNITED STATES DISTRICT JUDGE

Copies to:
sa 5/26
Terry L. Robinson